IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY C. MOORE,

    Plaintiff,

v.

GOV. SCOTT WALKER and
WILLIAM POLLARD, et. al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-851-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff's request for leave to proceed *in forma pauperis* and dismissing this case without prejudice for lack of subject matter jurisdiction.

_____      _____
Peter Oppeneer, Clerk of Court                  Date

4/15/13